UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

June 11, 2025

Kevin Tamar Davis
#83253
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043

RE:  25-3102, Davis v. Howes, et al
     Dist/Ag docket: 5:24-CV-03143-JWL

To Appellant:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is listed above. Please note the following requirements for this appeal:

## Preliminary Documents

**Entry of Appearance and Certificate of Interested Parties.** All parties are required to file an entry of appearance and certificate of interested parties. 10th Cir. R. 46.1(A) and (D). Pro se individuals must file the enclosed form **within 30 days** of the date of this letter.

## Filing & Docketing Fee

A separate fee of $605.00 ($5.00 filing fee and $600.00 docket fee) is due for every appeal initiated to the court of appeals. Under the Prison Litigation Reform Act, prisoners must pay the full amount of the filing fee. See 28 U.S.C. § 1915(b)(1). The court must assess, and direct the warden to collect, partial payments of the filing fee. There are other requirements for prisoners under the Act. They include providing a certified copy of your prisoner trust fund statement for the preceding six months and consenting to the collection of funds from your prisoner account.

**Within 30 days** of the date of this letter, you must either (1) pay the $605.00 fee to the district court, or (2) file a motion <u>in the district court</u> for leave to proceed on appeal without prepayment of fees.

**Please note, failure to timely pay the filing fee or file a motion for leave to proceed without prepayment of the filing fee by the deadline set by this court may result in**

the dismissal of this appeal without further notice. *See* Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

### Prison Mailbox Rule

Prisoners are reminded that to invoke the prison mailbox rule they must include with each pleading a declaration in compliance with 28 U.S.C. § 1746 or a notarized statement, either of which must set forth the date of deposit with prison officials and must also state that first-class postage has been prepaid. *See* Fed. R. App. P. 25(a)(2)(A)(iii).

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/mlb