**FILED**
United States Court of Appeals
Tenth Circuit

**June 13, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

KEVIN TAMAR DAVIS,

    Plaintiff - Appellant,

v.

JESSE HOWES, et al.,

    Defendants - Appellees.

No. 25-3102
(D.C. No. 5:24-CV-03143-JWL)
(D. Kan.)

_____

## ORDER

_____

By order entered June 12, 2025, this court abated this appeal pending the district court's disposition of the appellant's motion to alter or amend the judgment being appealed (Dist. Ct. ECF 37). The district court has transmitted in a supplemental preliminary record its June 13, 2025, Memorandum and Order denying the appellant's post-judgment motion (Dist. Ct. ECF 44).

Upon consideration, the abatement of this appeal is lifted. The appellant must complete all outstanding preliminary filing requirements in the court's June 12, 2025 case opening letter. The district court recently entered an order (Dist. Ct. ECF 46) addressing the appellant's motion to proceed on appeal with *in forma pauperis* status that he filed in that court, so the appellant should resolve any remaining fees issue on the schedule set by the district court.

This court will notify the parties in writing about future deadlines by separate order in due course.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk