UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 13, 2025

Kevin Tamar Davis
#83253
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043

**RE:**     **25-3102, Davis v. Howes, et al**
            Dist/Ag docket: 5:24-CV-03143-JWL

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

                                                Sincerely,

                                                Christopher M. Wolpert
                                                Clerk of Court

CMW/art