# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

KEVIN TAMAR DAVIS,

    Plaintiff/Petitioner - Appellant,

v.

JESSE HOWES, et al.,

    Defendant/Respondent - Appellee.

Case No. 25-3102

Appellant's Opening Brief

## NOTICE AND INSTRUCTIONS

If you proceed on appeal pro se, the court will accept a properly completed Form A-12 in lieu of a formal brief. This form is intended to guide you in presenting your appellate issues and arguments to the court. <u>If you need more space, additional pages may be attached</u>. A short statement of each issue presented for review should precede your argument. Citations to legal authority may also be included. This brief should fully set forth all of the arguments that you wish the court to consider in connection with this case.

New issues raised for the first time on appeal generally will not be considered. An appeal is not a retrial but rather a <u>review</u> of the proceedings in the district court. A copy of the completed form must be served on all opposing counsel and on all unrepresented parties and a proper certificate of service furnished to this court. A form certificate is attached.

# APPELLANT/PETITIONER'S OPENING BRIEF

1. **Statement of the Case.** (This should be a <u>brief</u> summary of the proceedings in the district court.) The U.S. District Court entered a Memorabdum and Order dismissing plaintiff's (x3) three claims for failure to state a claim.

2. **Statement of Facts Relevant to the Issues Presented for Review.**
Plaintiff/Appellant would reallege and incorporate by reference of facts thereof his initial complaint filed under 1983' pgs. 3-5., and; realleged and incorporate by reference more supporting facts relevant to all claims filed under civil docketing #, 16, 17, 25, 26, 29 30, 32, 33, 34, 37, 48, and 49.

3.  Statement of Issues.

   a.  First Issue: Plaintiff/Appellant would reallege and incorporate by reference claim I, thereof his initial complaint under 1983'

   Argument and Authorities: Plaintiff/Appellant would reallege and incorporate by reference his arguents and authorities thereof his Memorandum of Support in Law ; and the same supporting arguments relevant filed under civil docketing #, 25, 26, 29, 30, 32, 33, 34, 37, 48 and 49

   b.  Second Issue: Plaintiff/Appellant would reallege and incorporate by reference claim II, thereof his initial complaint under 1983'

   Argument and Authorities: Plaintiff/Appellant would reallege and incorporate by reference his arguments and authorities thereof his Memorandum of Law in support; and the same supporting arguments,&c., relevant filed under civil docketing #, 25, 26, 29, 30, 32, 33, 34, 37, 48, and 49.

   c.  Third Issue: Plaintiff/Appellant would reallege and incorporate by reference claim III, thereof his Motion for Leave to Amend Complaint entered by the U.S. District Court 10/07/2024.

   Aruguments and Authorities: Plaintiff/Appellant would reallege and incorporate by reference his argumens and authortities thereof his MOtion for Leave to Amend entered by the U.S. District Court, 10/7/2024. civil docketing #, 16, and 17.

4. **Do you think the district court applied the wrong law? If so, what law do you want applied?** Yes. Apply the set of rules or principle plaintiff set foward of clearly established federal law, as determined by the Supreme Court, and than and only than will this U.S. Appeal Court will see that the U.S. District Court decision was not only objectively unreasonable, i.e., "more than wrong" or "wrong plus something more."

5. **Did the district court incorrectly decide the facts? If so, what facts?** Yes. See ,,Supporting Facts thereof plaintiff's initial coplaint under 1983' and the same supporting relevant filed under civil dockting #, 16, 17, 25, 26, 29, 30, 32, 33, 34, 37, 48, and 49.

6. **Did the district court fail to consider important grounds for relief? If so, what grounds?** Yes. The U.S. Distict Court arbitrarily denied me acess to be seen by a quilfied Endodontics w/the reasonable degree of dental certainty when he was advised by all parties that Davis matter was of Life and death; Second arbitrarily denied Davis acess to his needed handicapp medical Equipment/Appliance (shoes & Thumb slpint), and; Last premitted him not to carry his purchased satchel in violation of his constitutional rights.

7. **Do you feel that there are any other reasons why the district court's judgment was wrong? If so, what?** Feelings is an under statement, the district court judgment "objectively unreasonable." the district court is a Sui Juris suppresser as well... .

8. **What action do you want this court to take in your case?** To find that I did in fact stat a claim for all three of my cause of action, thereby remanding back to find that I should have passed screen pusuant to MARTINEZ.

9. **Do you think the court should hear oral argument in this case? If so, why?** Yes. But am incarcerated and this Court et al., law is of Sui Juris suppression, e.g., premitting Sui Juris litigants not to attend any oral argument, this is so anlogish (Your Court can be the first to at least give one a chance).

| | |
|---|---|
| 7/14/2025 | _Kevin T. Davis #0083253_ |
| Date | Signature |

## CERTIFICATE OF SERVICE

I hereby certify that on ___7/14/2025___ I sent a copy of
                                         (date)

the Appellant/Petitioner's Opening Brief to __See Attached Certificate of Service__

_____, at _____
(Opposing Party or Attorney)

_____, the last known address/email

address, by _____.
              (state method of service)

7/14/2025                           Kevin Tamar Davis, #0083253
Date                                        Signature

## CERTIFICATE OF COMPLIANCE

I certify that the total number of pages I am submitting as my Appellant/Petitioner's Opening Brief is 30 pages or less or alternatively, if the total number of pages exceeds 30, I certify that I have counted the number of words and the total is _____, which is less than 13,000. I understand that if my Appellant/Petitioner's Opening Brief exceeds 13,000 words, my brief may be stricken and the appeal dismissed.

7/14/2025                           Kevin T. Davis, #0083253
Date                                          Signature

## CERTIFICATE OF SERVICE

I undersigned hereby certifies that service of the above and foregoing Plaintiff's-Appellant's Opening Brief et seq., by Sui Juris Plaintiff Kevin T. Davis, # 0083253, filed on this 14th day of July, 2025, to:

U.S. District Court of Appeals for the Tenth Circuit the District of Kansas
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
PH: 303.844.3157
E-mail: Clerk@ca10.uscourts.gov

Copies was also served of the above and foregoing Plaintiff's-Appellant's Opening Brief et seq., by Sui Juris Plaintiff Kevin T. Davis, # 0083253, was mailed U.S. Postal pre-paid on this 14th day of July, 2025, to:

Victoria L. Toothaker | Att'y
KDOC
714 SW Jackson, Ste. 300
Topeka, Ks 66603
PH: 785.670.0019
Email: Victoria.Toothaker@ks.gov

Katrina L. Smeltzer | Att'y for Defendants
4600 Madison Ave., Ste. 1000
Kansas City, MO 64112
PH: 816.627.5332
Email: ksmeltzer@sandbergphoenix.com

CC: Jesse Howes-Chief Warden, James Skidmore-DWO,[1] Dr. Fred Cannon-Regional Dental Dir., and; Jeanie Burk, RN, BSN, HSA,

_____

Kevin T. Davis, #0083253
Plaintiff, *Sui Juris*
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043

---

[1] Jesse Howes-Chief Warden, James Skidmore-DWO has been brought up on **embezzlement criminal** charges and no longer employed w/KDOC. This is why I can't receive adequate medical/Dental care, &c., they have stolen all the money OMG....

Kevin T. Davis, #0083253
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043



UNITED STATE COURT OF APPEAL
FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout St.
Denver, Colorade 80257

Under Sealed-Legal Mail
U.S.A. Clerk-Client Privileged