Kevin T. Davis, #0083253
Plaintiff, *Sui Juris*
LCFC B2-208
P.O. Box 2
Lansing, Ks 66043
daviskevin948@yahoo.com

**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

**KEVIN TAMAR DAVIS,**
    **Plaintiff – Appellant,**

v.

    **DECLARATION
    OF KEVIN TAMAR DAVIS, #0083253**

    **No. 25-3102
    Civil Action No.: (D.C. No. 5:24-CV-03143-JWL)
    (D. Kan.)**

**Jesse Howes, Chief Warden et al,**
    **Defendants - Appellees.**

**Kevin T. Davis, #0083253 declares:**

I have been incarcerated at Lansing Correction Facility since, 2021. I'm filing a Appellant's Opening Brief et seq., under the Civil Rights Act, 42 U.S.C. § 1983, by U.S. mail to not give this court any reason to claim that am time bared, or; so am invoking the prison mailbox rule in compliance w/28 U.S.C. § 1746.

I deposit with this Facility Official on this 14th day of July, 2025, first class postage under Fed. R. App. P. 25(a)(2)(A)(iii).

I declare under penalty of perjury that the foregoing is true and correct. Executed at Lansing Correctional Facility on this 14th day of July, 2025.

    Kevin T. Davis, # 0083253

Pleasse return my reciept. Thanks....

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| Kevin T. Davis | 0083253 | LCFC | B2-208 | 6/28/25 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To: ~~Name~~

$ _____  ~~Address~~

Check Amount

~~City, State, Zip~~

~~Purpose/Inmate Benefit Fund Group~~

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

---

Title of Publication*
Frequency – (Circle One)
Yearly  Monthly  Weekly  Daily  Other
Number of Issues _____
Expiration Date _____
Publication Price _____
*Book, Magazine or News Paper
(Per IMPP 11-101)

---

(To Be Completed by Mailroom)

**Postage** – (To Be Completed by Inmate)

$ .73
Postage Amount

☐ Postage
☒ Legal/Official Postage
(Per K.A.R. 44-12-601)
☐ Certified
(Only if Funds are Available)

[signature]
Verified By

To: USCA FOR THE 10th Circuit
Name
1823 Stout St.
Address
Denver, Colo 80257
City, State, Zip
Entry of Appreance
Reason

---

Kevin T. Davis #0083253    6/26/2025
Resident Signature    Date

x [signature] 6-26-2025
Unit Team Approval    Date

Handicraft Approval (If Applicable)    Date
Religious Approval (If Applicable)    Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval    Date

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds
___ Signature Missing
_I_ Exceeds Spending Limit
___ Incentive Level
___ Envelope/Order/Stamp Missing
___ Unauthorized Per IMPP/KAR _____

___ Payee Missing
___ Insufficient Address
___ Amount Missing
___ Name/Number – Do Not Match
___ Illegible Information
___ Other _____

Account Processor    Date Withdrawn    Acct. Use

1504a