**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 16, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

KEVIN TAMAR DAVIS,

    Plaintiff - Appellant,

v.

JESSE HOWES, et al.,

    Defendants - Appellees.

No. 25-3102
(D.C. No. 5:24-CV-03143-JWL)
(D. Kan.)

_____

**ORDER**

_____

Before **TYMKOVICH**, **BALDOCK**, and **MORITZ**, Circuit Judges.

_____

This matter is before the Court on Appellant Kevin Tamar Davis's "Petition for Panel Rehearing In the Alternative Petitioner Would Request a Review by Our United States Supreme Court (Writ of Certiorari)." Appellant's petition for rehearing is denied pursuant to Fed. R. App. P. 40. Further, this Court lacks authority to issue a writ of certiorari to the U.S. Supreme Court. _See_ Sup. Ct. R. 13.1.

          Entered for the Court

          Per Curiam